IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 MAR 24  PM 3:29

MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER KENT PODLESNIK,<br><br>Defendant. | No. 21CR29-SWS<br><br>Cts 1-7: 18 U.S.C. § 875(c)<br>(Threats in Interstate Commerce) |

---

**I N D I C T M E N T**

---

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

On or about January 28, 2021, in the District of Wyoming and elsewhere, the Defendant, **CHRISTOPHER KENT PODLESNIK**, knowingly transmitted in interstate commerce a communication containing a true threat to injure the person of another; specifically, **PODLESNIK** called a contact number associated with United States Senator Cynthia Lummis and left a voicemail, in which **PODLESNIK** said, among other things, "I will [*expletive*] kill you. I will. I will [*expletive*] kill you."

In violation of 18 U.S.C. § 875(c).

**COUNT TWO**

On or about January 28, 2021, in the District of Wyoming and elsewhere, the Defendant, **CHRISTOPHER KENT PODLESNIK**, knowingly transmitted in interstate commerce a communication containing a true threat to injure the person of another; specifically, **PODLESNIK** called a contact number associated with United States Senator Cynthia Lummis and left a

voicemail, in which **PODLESNIK** said, among other things, "I'm going to [*expletive*] shoot you in the [*expletive*] head."

In violation of 18 U.S.C. § 875(c).

### COUNT THREE

On or about January 28, 2021, in the District of Wyoming and elsewhere, the Defendant, **CHRISTOPHER KENT PODLESNIK**, knowingly transmitted in interstate commerce a communication containing a true threat to injure the person of another; specifically, **PODLESNIK** called a contact number associated with United States Senator John Barrasso and left a voicemail, in which **PODLESNIK** said, among other things, "I will [*expletive*] see that Matt Gaetz gets killed when he [*expletive*] gets here."

In violation of 18 U.S.C. § 875(c).

### COUNT FOUR

On or about January 28, 2021, in the District of Wyoming and elsewhere, the Defendant, **CHRISTOPHER KENT PODLESNIK**, knowingly transmitted in interstate commerce a communication containing a true threat to injure the person of another; specifically, **PODLESNIK** called a contact number associated with United States Senator John Barrasso and left a voicemail, in which **PODLESNIK** said, among other things, "You let Gaetz step into the State of Wyoming, not only is he going to be dead, are you, you're going to be dead."

In violation of 18 U.S.C. § 875(c).

### COUNT FIVE

On or about January 28, 2021, in the District of Wyoming and elsewhere, the Defendant, **CHRISTOPHER KENT PODLESNIK**, knowingly transmitted in interstate commerce communications containing a true threat to injure the person of another; specifically,

PODLESNIK called a contact number associated with Wyoming State Senator Anthony Bouchard and left two voicemails, in which **PODLESNIK** said, among other things, "You're a [*expletive*] traitor, and you deserve to be shot," and, "I will take you [*expletive*] down."

In violation of 18 U.S.C. § 875(c).

### COUNT SIX

On or about January 28, 2021, in the District of Wyoming and elsewhere, the Defendant, **CHRISTOPHER KENT PODLESNIK**, knowingly transmitted in interstate commerce a communication containing a true threat to injure the person of another; specifically, **PODLESNIK** called a contact number associated with United States Representative Matt Gaetz and left a voicemail, in which **PODLESNIK** said, among other things, "I'm not going to [*expletive*] ask you why you [*expletive*] think you should be killed, I'm just going to [*expletive*] put two in your head."

In violation of 18 U.S.C. § 875(c).

### COUNT SEVEN

On or about January 28, 2021, in the District of Wyoming and elsewhere, the Defendant, **CHRISTOPHER KENT PODLESNIK**, knowingly transmitted in interstate commerce a communication containing a true threat to injure the person of another; specifically, **PODLESNIK** called a contact number associated with United States Senator Cynthia Lummis and left a voicemail, in which **PODLESNIK** said, among other things, "You are going to [*expletive*] get shot in the [*expletive*] back of the head."

A TRUE BILL:

_Ink Signature on File in Clerk's Office_____
FOREPERSON

_____
L. ROBERT MURRAY
Acting United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | CHRISTOPHER KENT PODLESNIK |
| **DATE:** | March 23, 2021 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | Yes |

**OFFENSE/PENALTIES:**

Cts: 1-7   18 U.S.C. § 875(c)
(Threats in Interstate Commerce)

0 to 5 Years Imprisonment
Up to $250,000 Fine
Up to 3 Years Supervised Release
$100 Special Assessment

*TOTALS:*   *0 to 35 Years Imprisonment*
*Up to $1,750,000 Fines*
*Up to 3 Years Supervised Release*
*$700 Special Assessments*

| | |
|---|---|
| **AGENT:** | Taylor D. Reed, FBI |
| **AUSA:** | Thomas Szott, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |