**FILED**



**3:24 pm, 7/29/21**

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff,

vs.

Case Number: 21-CR-29-SWS-1

CHRISTOPHER KENT PODLESNIK

Defendant.

## CRIMINAL MINUTE SHEET - MOTION HEARING

Int. Telephone:    Interpreter:
Date: Jul 29, 2021    Time: 2:33 - 2:50 pm

| Scott W. Skavdahl | Crystal Toner | Megan Strawn | |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |
| | U.S. Marshal | Laura Conrad | |
| | | U.S. Probation Officer | |

Attorney(s) for Government    Thomas Szott

Attorney(s) for Defendant(s)    Charles F Pelkey

Witness(es) for Government

Witness(es) for Defendant(s)

| Gov/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| | | | |

Other:
The Court heard from the parties regarding competency issues and found that the defendant is competent to proceed to trial.

The Defendant waived the formal reading of the Indictment.  The Court reviewed the defendant's rights, alleged offenses and possible penalties.  The Defendant submitted a plea of not guilty to all counts.  Trial shall be set 9/7/2021 at 9:00 am.  All deadlines in the Discovery Order as previously entered all shall  be amended pursuant to the new trial date.  Pretrial motions shall be due on 8/11/2021.