# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING
### CRIMINAL MINUTE SHEET
### SENTENCING



**FILED**

**11:25 am, 11/5/21**

**Margaret Botkins
Clerk of Court**

| | | | |
|---|---|---|---|
| Date: | November 5, 2021 | Before the Honorable: | Scott W. Skavdahl |
| Time: | 9:09 - 10:06 a.m. | Interpreter: | |
| Case No: | 21-CR-29-SWS | Interpreter Phone: | |

☐ Non-Public Document

UNITED STATES OF AMERICA          VS          CHRISTOPHER KENT PODLESNIK

| Kim Blonigen | Megan Strawn | Kristen Simmer | No Marshal present |
|---|---|---|---|
| Clerk | Reporter | Probation Officer | Marshal |

**APPEARANCES**

Government:     Thomas Szott

☐ CJA   ☐ FPD   ☑ RET   ☐ WAIVED     Defendant:     Charles Pelkey

Other: _____

☑ Defendant acknowledges having read the presentence report

☐ Objections to presentence report

☑ Witness(es)     John Podlesnik (father); Shari Hashimoto (wife); Pam Reeves (aunt)

☐ Exhibits received by Court

**SENTENCING INFORMATION**

☑ Defendant is committed to custody

For a period of     __18__     Months     as to Count(s)     __3, 5, 6, 7__

☑ Sentence shall be served     concurrent     to     Counts 3, 5, 6, 7

☐ Defendant is sentenced to time served

☐ Plus up to ten (10) days to allow for deportation proceedings

☑ Upon release from custody, the defendant shall be on **supervised release**

For a period of     __3__     Years     as to Count(s)     __3, 5, 6, 7__

WY60

☑ Supervised Release shall be served        concurrent        to        Counts 3, 5, 6, 7

☐ Defendant to be deported upon release from confinement

☐ Defendant is placed on **probation** for a period of

## CONDITIONS OF PROBATION/SUPERVISED RELEASE

☑ Obey all laws, Federal, State  & Local                     ☑ Report to Probation w/in 72 hours of release

☑ Abide by the standard conditions of supervision            ☐ Provide complete financial disclosure as directed

☐ Home confinement for a period of _____                   ☐ Electronic monitoring as directed by Probation

☑ Not use or possess firearms/ammunitions/explosives         ☐ Not use or possess controlled substances/drugs

☑ Not purchase, use or possess alcohol/intoxicants; frequent ☐ Not open new lines of credit or incur new debt
   places where alcohol is bought, sold or dispensed          ☑ Submit to additional drug/alcohol testing and treatment

☑ Submit to mandatory drug testing (w/in 15 days of release) ☐ Mandatory drug testing is waived

☐ Notify Probation of change in economic circumstance        ☐ DNA collection

☐ Notify employers of conviction                             ☑ Cognitive/Behavioral Treatment

☐ Standard Sex Offender Conditions Apply                     ☑ Submit to search as conducted by US Probation Officer

☑ Mental Health evaluation and follow through

☑ Other (continued from conditions of Probation/Supervised Release)

See Judgment for complete list of conditions.

## MONETARY IMPOSITIONS

☑ Defendant shall pay **special assessment(s)** in the amount of        $100.00        as to Count(s)        3

☑ Defendant shall pay **special assessment(s)** in the amount of        $100.00        as to Count(s)        5

☑ Defendant shall pay **special assessment(s)** in the amount of        $100.00        as to Count(s)        6

☑ Defendant shall pay **special assessment(s)** in the amount of        $100.00        as to Count(s)        7

For a total of:        $400.00

☑ Special assessment is due and payable immediately

☑ Special assessment shall be paid through the Inmate Financial Responsibility Program and any balance not paid
   shall be paid during the term of supervision but no later than  60 days
   prior to the expiration of supervision

☑ Special assessment shall be paid in monthly installments of at least 10% gross monthly income
 during the term of supervision

☐ Special assessment remitted upon deportation of the defendant

☐ Other _____

☑ Defendant shall pay a **fine** in the amount of        $10,000.00        as to Count(s)        3, 5, 6, 7

For a total of:        $10,000.00

☑ Fine is due and payable immediately

CRIMINAL SENTENCING MINUTE SHEET                                21-CR-29-SWS

☑ Fine shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid

during the term of supervision but no later than  60 days                     prior to the expiration of supervision

☑ Fine shall be paid in monthly installments of at least

10% gross monthly income during the term of supervision        ☐ Fine shall be paid jointly and severally with

_____

☐ Fine is waived due to inability to pay

☐ Other _____

☐ Interest requirement for fine/restitution/special assessment is waived

## INMATE DETENTION STATUS

☐ Defendant is **remanded** to custody of US Marshal

☐ Defendant shall **surrender** to _____ USMS on/before _____ at _____ AM

☑ Defendant shall **surrender** to designated prison on/before  December 28, 2021   at   3:00   PM

☐ Defendant shall report to institution as directed by Probation

☑ Court **recommends placement** at  Englewood, CO

☐ Court recommends defendant participate in the prison industries program

☑ Court recommends defendant participate in Bureau of Prison's 500-hour Residential Drug Treatment Program

☐ Court recommends defendant participate in substance abuse treatment while incarcerated

☐ Court recommends ICE shall begin deportation proceeding during the service of this sentence

☑ Defendant advised of right to appeal        ☐ Defendant waives right to appeal

☐ Defendant shall forfeit the following property _____

☑ Count(s)  1, 2, 4  of the   Indictment   **dismissed** on the motion of the United States

☐ Other _____

## MISCELLANEOUS